Submitted on record and briefs August 20, reversed and
remanded with directions September 29, 1969

STATE OF OREGON, *Respondent, v.*
FRANCIS LEE CHATMAN,
*Appellant.*
459 P2d 442

*Gary D. Babcock,* Public Defender, Salem, filed the brief for appellant.

No appearance for respondent.

Before SCHWAB, Chief Judge, and LANGTRY, FORT and BRANCHFIELD, Judges.

PER CURIAM.

Defendant appeals from a conviction upon trial by jury of contributing to the delinquency of a minor

in violation of ORS 167.210. Subsequent to his conviction, the Supreme Court of Oregon held unconstitutional that portion of ORS 167.210 upon which the conviction was based. *State v. Hodges*, 254 Or 21, 457 P2d 491 (1969). In light of *Hodges*, the state concedes prejudicial error in this case. The cause is remanded to the trial court with directions to discharge the defendant in this proceeding and for reference to the grand jury in the event that the prosecution determines it proper to proceed under another statute.

Reversed and remanded with directions.